**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
MARTINSBURG DIVISION**

| | | |
|---|---|---|
| SHANNON RENEE PALMER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No.  3:13-CV-39 (Groh) |
| vs. | ) | |
| | ) | |
| CAINE & WEINER COMPANY, INC., | ) | **NOTICE OF DISMISSAL** |
| | ) | |
| Defendant. | ) | |

Now comes the Plaintiff, SHANNON RENEE PALMER, by and through her attorneys, and hereby advises the Court that she is dismissing the above-captioned matter with prejudice, pursuant to a settlement agreement reached between the parties

                                      Respectfully submitted,

                                      /s/ David B. Levin
                                      David B. Levin (10939)
                                      Attorney for Plaintiff
                                      Luxenburg & Levin, LLC
                                      595 Elm Place, Suite 201
                                      Highland Park, IL, 60035
                                      (888) 493-0770, ext. 302 (phone)
                                      (866) 551-7791 (facsimile)
                                      David@LuxenburgLevin.com

## CERTIFICATE OF SERVICE

    I hereby certify that on August 1, 2013, a copy of the foregoing Notice of Dismissal was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

                              /s/ David B. Levin
                              David B. Levin (10939)
                              Attorney for Plaintiff
                              Luxenburg & Levin, LLC
                              595 Elm Place, Suite 201
                              Highland Park, IL, 60035
                              (888) 493-0770, ext. 302 (phone)
                              (866) 551-7791 (facsimile)
                              David@LuxenburgLevin.com